UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JORGE PUELLO; RENE MEJIA; ROBERTO MEJIA; SANTOS MUNOZ; JOSE PERALTA; DANIEL MARTINES; LUIS MOLINA and all other similarly situated, <br><br>    Plaintiff, <br>    vs. <br><br> INCLAN PAINTING AND WATERPROOFING CORP. LUIS INCLAN ILEANA INCLAN <br>    Defendants | Case No.: 08-20060-CIV-BANDSTRA |

## **PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE TRIAL**

Plaintiffs, by and through the undersigned, hereby file the above described motion and state as follows:

1. This matter is currently set for trial the week of August 20, 2012.

2. The week of August 20, 2012, the undersigned law firm is currently scheduled to begin special set trials in the matters of Patrice Mourlin v. Mac Khashman, Case No. 11-80328, before United States Magistrate Judge Hopkins, and Gustavo Collado v. Florida Cleenex, Case No. 09-21569, before United States Magistrate Judge Torres.

3. The undersigned has conferred with opposing counsel and the parties have confirmed their availability for the week of October 16, 2012.

4. The undersigned therefore respectfully requests entry of an Order continuing the trial in this matter for October 16, 2012, or alternatively, to allow the parties to further confer for other mutually agreeable dates should the proposed start date not work for the Court.

1

WHEREFORE, Plaintiffs respectfully request entry of an Order granting the instant motion for the reasons stated herein.

**Respectfully submitted,**

**DAVID MARKEL, ESQ.**
**J.H. ZIDELL, P.A.**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVIDMARKEL11@GMAIL.COM**
**F.B.N. 078306**
**BY:    /s/ David Markel**
     **DAVID MARKEL, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED SUBSEQUENT TO E-FILING TO:**

**ALL CM/ECF E-MAIL RECIPIENTS**

**NEIL F. MCGUINESS, ESQ.**
**11645 BISCAYNE BLVD., STE. 400**
**MIAMI, FL 33181**
**FACSIMILE: (305) 981-4304**

**BY:    /s/ David Markel**
     **DAVID MARKEL, ESQ.**