UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20060-CIV-LENARD/BANDSTRA

JORGE PUELLO; RENE MEJIA; ROBERTO
MEJIA; SANTOS MUNOS; JOSE PERALTA;
DANIEL MARTINES; LUIS MOLINA and all
other similarly situated,

    Plaintiffs,

vs.                                              CONSENT CASE

INCLAN PAINTING AND
WATERPROOFING CORP.,
LUIS INCLAN, and
ILEANA INCLAN,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on (a) Plaintiffs' Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (D.E. 139) filed on December 18, 2012; and (b) Defendants' Motion to Approve FLSA Settlements of Roberto Mejia, Rene Mejia, Luis Molina and Jorge Peralta and Motion to Dismiss Plaintiff Puello's Claims (D.E. 140) also filed on December 18, 2012. Reviewing these motions, all responses and replies thereto, the General Releases and Waivers of Claims attached as exhibits to the pleadings, and applicable law, it is hereby

ORDERED AND ADJUDGED as follows:

a. Plaintiffs' Motion for Approval of Parties' Settlement Agreement is GRANTED with the Court hereby approving the settlement terms of the parties, including plaintiff Jorge

Puello, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, the Court orders the parties to comply with the terms of those agreements as to all parties.

b. Defendants' Motion to Dismiss Plaintiff Puello's Claims is DENIED, the Court finding that the issue(s) raised therein were not raised prior to a settlement with this defendant and are inappropriate for the Court to consider at this time.

c. This case is now dismissed with prejudice with the Court retaining jurisdiction to enforce the terms of the settlement agreements.

DONE AND ORDERED in Chambers in Miami, Florida this __3d__ day of January, 2013.

Ted E, Bandstra
United States Magistrate Judge

Copies furnished to:

All counsel of record