UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20060-CIV-MARTINEZ/GOODMAN

JORGE PUELLO, et al.,

    Plaintiffs,

v.

INCLAN PAINTING AND
WATERPROOFING CORP., et al.,

    Defendants.
_____/

## ORDER ON PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS

This Cause is before the Undersigned on the District Court's referral of Plaintiffs' motion to compel the 30(b)(6) deposition of Defendant Inclan Painting and Waterproofing Corporation ("Inclan Painting"). [ECF Nos. 164; 165]. In their motion, Plaintiffs sought to take two depositions related to post-judgment collection against Inclan Painting: (1) the fact deposition of defendant Ileana Inclan, who is in bankruptcy; and (2) the deposition of defendant Luis Inclan as the 30(b)(6) representative of Inclan Painting. [ECF No. 164].

The Undersigned set this matter for a hearing. [ECF No. 166]. In that Order, the Undersigned advised that if Inclan Painting, Luis Inclan, or Ileana Inclan retained "counsel, as they represented to Plaintiffs' counsel they would, then that counsel must file a notice of appearance and respond to the motion by" June 13, 2014. [*Id.*]. No counsel appeared on behalf of any of the defendants.

As more fully explained at the hearing,[1] it is **ORDERED** and **ADJUDGED** as follows:

1.       Plaintiffs' motion to compel the deposition of Ileana Inclan is **granted**. The Undersigned, however, defers ruling on entering a Rule 37(a)(5) award of fees and costs against Ileana Inclan in light of her bankruptcy. Accordingly, Plaintiffs may, by June 25, 2014, submit a memorandum, no longer than four double-spaced pages, regarding whether the bankruptcy stay prohibits such an award. If no memorandum is received, then the Undersigned will not enter a fees and costs award.

2.       Plaintiffs' motion to compel the deposition of Luis Inclan **as the 30(b)(6)** representative for Inclan Painting is **denied**. The party taking a 30(b)(6) deposition may not designate who the corporation's designee will be. *QBE Ins. Corp. v. Jorda Enterprises, Inc.*, 277 F.R.D. 676, 687-88 (S.D. Fla. 2012) (explaining that it is the corporation who determines its designee(s)).

**DONE AND ORDERED** in Chambers, in Miami, Florida, June 20, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
Honorable Jose E. Martinez
All Counsel of Record

---

[1]      If any party appeals this Order, then the transcript of the hearing will need to be ordered, as it outlines the Undersigned's reasoning.